UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                      Criminal No.  10-cr-35-02-PB

<u>Jennifer Bohan</u>

<u>**O R D E R**</u>

The defendant has moved to continue the October 5, 2010 trial in the above case.  Defendant cites the need for additional time to review additional discovery.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 5, 2010 to January 4, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 28, 2010 final pretrial conference is continued until December 21, 2010 at 3:30 pm.

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
Chief Judge

[today's date]

cc: Theodore Lothstein, Esq.
    Jennifer Davis, Esq.
    Counsel of Record
    United States Probation
    United States Marshal