```
               UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                    Criminal No.10-cr-35-02-PB

Jennifer Bohan

### O R D E R

The defendant has moved to continue the April 5, 2011 trial in the above case for 60 days, citing the need for additional time to prepare for trial. The government does not object to a continuance of the trial date, nor do the remaining co-defendants.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 5, 2011 to June 7, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The March 21, 2011 final pretrial conference is continued until May 24, 2011 at 3:45 pm.

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
Chief Judge

March 18, 2011

cc: Counsel of record
United States Probation
United States Marshal